UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FERNANDO DIAZ ZARATE )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON FOOD & SUPPLY )<br>OF D.C., INC. )<br>)<br>  Defendant. )<br>)<br>_____) | Civil Action No.: |

## NOTICE OF REMOVAL

COMES NOW Defendant Washington Food & Supply of D.C., Inc. (hereinafter "Washington Food") by and through counsel, Mirsky Policastri LLC, and files this Notice of Removal from the Superior Court for the District of Columbia, to the United States District Court for the District of Columbia and in support thereof states as follows:

1. On or about February 14, 2014, Plaintiff Fernando Diaz Zarate (hereinafter "Zarate"), initiated the present action against Washington Food, his former employer, in the Superior Court for the District of Columbia, Civil Action No. 2014 CA 000878 B under the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq*. ("FLSA"); the District of Columbia Minimum Wage Act Revision Act, DC Code § 32-1001, *et. seq.*; and related common law claims.

2. Defendant first received notice of the filing of the Complaint on February 20, 2014, when its Resident Agent was served with a copy of the Summons and Complaint. Copies of the Summons and Complaint are attached hereto as Exhibit A.

3. No further pleadings have been filed in this action.

1

4.	This Court has jurisdiction pursuant to 28 U.S.C. §§ 1441 and 1446.

5.	This action, which alleges violations under the FLSA, is removable to this Court because the Complaint falls within the original federal question jurisdiction of this Court under 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a); see also Breuer v. Jim's Concrete of Brevard, Inc., 538 U.S. 691, 694 (2003) (specifically recognizing that FLSA claims may be removed to federal court).  See Complaint at Exhibit A at ¶¶ 1, 23-25, 29-31.

6.	Further, this action is removable to this Court because the Complaint sets forth additional state law claims regarding violation of the D.C. Code, (see Complaint at Exhibit A at ¶¶ 16-22, 26-28) and asserts state common law claims closely related to Zarate's allegations that Washington Food violated the FLSA, and arise from a common nucleus of operative facts. See Complaint at Exhibit A at ¶¶ 32-45.

7.	Washington Food disputes the allegations set forth in the Complaint and will timely file its initial response and/or Answer stating its specific objections and responses to the Complaint.

8.	This Notice of Removal is filed with this Court within thirty (30) days after receipt by Washington Food, through service or otherwise, of the Complaint and Writ of Summons in the above-referenced DC Superior Court action.  This Notice of Removal is therefore timely.

9.	Pursuant to the Complaint, Washington Food is the sole defendant in this action.

10.	Accordingly, the Defendant Washington Food & Supply of D.C., Inc. requests removal to this Court pursuant to 28 USC § 1441 *et seq*. and 28 U.S.C. § 1446.

Dated: March 11, 2014                    Respectfully Submitted,

                                                                    **MIRSKY POLICASTRI LLC**

                                                                    /s/ Eugene W. Policastri
Eugene W. Policastri (DC BAR # 470203)
600 Jefferson Plaza, Suite 440
Rockville, MD 20852
(301) 664-7710 (tel.)
(301) 861-0835 (fax)
ewpolicastri@mplawbiz.com
samirsky@mplawbiz.com
*Attorneys for Defendant Washington Food & Supply of D.C., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2014, that a copy of the foregoing was served on the following by United States Mail, first class, postage prepaid.

    Jeffrey S. Gutman, Professor of Clinical Law
    Benjamin Flick, Student Advocate
    Juan Garcia-Pardo, Student Advocate
    George Washington University Law School
    Public Justice Advocacy Clinic
    2000 G. Street, N.W.
    Washington, District of Columbia 20052
    jgutman@law.gwu.edu

                                                                  /s/ Eugene W. Policastri
                                                                  Eugene W. Policastri