## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FERNANDO DIAZ ZARATE,            )
                                 )
                *Plaintiff*,     )
                                 )      Case No. 1:14-cv-00386-AK
        v.                       )
                                 )
WASHINGTON FOOD & SUPPLY         )
OF D.C., INC.                    )
                                 )
                *Defendant*.     )
_____)

## ORDER

This matter came before the Court for review of Settlement Agreement and Full and Final Release of Claims ("Agreement") entered into by the Parties and submitted to the Court for consideration and approval.  For the reasons set forth below, IT IS on this 8th day of July, 2014, hereby ORDERED that the Parties' Agreement is hereby APPROVED.

In so holding, the Court notes that the Parties submitted for the Court's review the Agreement signed by all of the parties in this matter.  Thus the Court, having had the opportunity to consider and evaluate the fairness and propriety of the Parties' Agreement, has satisfied itself that the settlement is fair and just and that the interests of Plaintiff have been served and protected. The Court is also satisfied that counsel for the Plaintiff has adequately represented Plaintiff in securing the fair and reasonable settlement.

Having approved the Agreement, this civil action is hereby dismissed with prejudice.

_____/s/_____

ALAN KAY

UNITED STATES MAGISTRATE JUDGE